IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARIO BANEGAS,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| v. | : | NO. 08-5348 |
| | : | |
| **JOHN HAMPTON et al.,** | : | |
| **Defendants** | : | |

**O R D E R**

**STENGEL, J.**

     **AND NOW**, this 22d day of April, 2009, upon consideration of the Motion to Dismiss (Document #5), it is hereby ORDERED that the motion is GRANTED IN PART and DENIED IN PART as follows:

1. The motion to dismiss the claims contained in Count V against Warden D. Edward McFadden in his official capacity is GRANTED. Those claims are hereby DISMISSED;

2. The motion to dismiss the claims contained in Count V against the County of Chester, the Chester County Prison Board, and Warden D. Edward McFadden in his personal capacity is DENIED.

                                            BY THE COURT:

                                            /s/ Lawrence F. Stengel
                                            LAWRENCE F. STENGEL, J.