**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARIO BANEGAS,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **NO. 08-5348** |
| | : | |
| **JOHN HAMPTON et al.,** | : | |
| **Defendants** | : | |

## O R D E R

**STENGEL, J.**

    **AND NOW**, this 20th day of May, 2009, upon consideration of the plaintiff's First Motion for Reconsideration (Document #14), it is hereby ORDERED that the motion is DENIED.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.