IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARIO BANEGAS, : CIVIL ACTION
et al :
    Plaintiffs :
:
  VS. :
: NO: 08-5348
JOHN HAMPTON, :
et al, :
    Defendants :

## ORDER

LAWRENCE F. STENGEL, J.

AND NOW, this ___ day of _____, 2010, upon careful and independent consideration of Defendants' Motions for Summary Judgment as to Claim V of the amended complaint, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Defendant's Motion for Summary Judgment as to Claim V is GRANTED, hereby dismissing Chester County as a defendant from this matter.

BY THE COURT:

_____
LAWRENCE F. STENGEL, J.